# In the United States Court of Federal Claims

|  |  |
|---|---|
| DANIEL W. LOWRY, <br><br>          Plaintiff, <br><br>     v. <br><br> THE UNITED STATES OF AMERICA, <br><br>          Defendant. | ) <br> ) <br> ) <br> ) <br> ) No. 20-682C <br> ) <br> ) (Filed: June 20, 2023) <br> ) <br> ) <br> ) <br> ) |

**ORDER**

On June 6, 2023, Mr. Lowry filed a status report stating that he is satisfied with the latest decision by the Board for Correction of Naval Records ("BCNR") in his case. Pl.'s Status Report, ECF No. 71 (citing BCNR Decision, ECF No. 43). As such, he requested that the Court enter judgment so that he can pursue attorney's fees under Rule 54(d)(2) of the Court of Federal Claims. Id. The government has informed the Court that it does not oppose entry of final judgment in this case. Accordingly, the Clerk is hereby **ORDERED** to enter judgment dismissing the case.

**IT IS SO ORDERED.**

s/ Elaine D. Kaplan
ELAINE D. KAPLAN
Chief Judge